12-11-00201-CR



FILED IN COURT OF APPEALS
12th Court of Appeals District

JUL 24 2013

TYLER TEXAS
CATHY S. LUSK, CLERK

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-0348-13

### LACHANCE CRUTCHFIELD, Appellant

### v.

### THE STATE OF TEXAS

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM TWELFTH COURT OF APPEALS HENDERSON COUNTY

PER CURIAM. KEASLER AND HERVEY, JJ., DISSENT.

## ORDER

The petition for discretionary review violates Rules of Appellate Procedure 68.4(i) & 9.4(i)(2)(D) because it does not contain a copy of the opinion of the court of appeals and the petition exceeds the proper length.

The petition is struck. See Rule of Appellate Procedure 68.6.

The petitioner may redraw the petition. The redrawn petition and copies must be filed in the Court of Criminal Appeals within thirty days after the date of this order.

Filed: July 24, 2013
Do not publish